```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LONDALE DEWAYNE COBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 97-0100 FCD |
|---|---|
| Plaintiff, | ) **UNOPPOSED REQUEST TO EXTEND** |
|  | ) **BRIEFING SCHEDULE** |
| v. | ) |
|  | ) **RETROACTIVE CRACK COCAINE** |
| LONDALE DEWAYNE COBB, | ) **REDUCTION CASE** |
|  | ) Date:  Monday, May 19, 2008 |
| Defendant. | ) Time:  10:00 a.m. |
|  | ) Judge: Hon. FRANK C. DAMRELL, Jr. |
| _____ | ) |

Defendant LONDALE DEWAYNE COBB, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests the Court issue the order lodged herewith modifying the briefing schedule in conjunction with the filing of the motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), to allow the government additional time to respond to the memorandum of points and authorities filed

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

by Mr. Cobb.

Dated:  May 13, 2008

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                                /s/ *David M. Porter*
                              DAVID M. PORTER
                              Assistant Federal Defender

                              Attorney for Movant
                              LONDALE DEWAYNE COBB

## **O R D E R**

For the reasons set forth above, and good cause appearing therefor, the Court modifies the briefing schedule as follows:

    Government Response:     Due June 16, 2008

    Reply:                     Due June 23, 2008

    Hearing:                July 14, 2008 at 10:00 a.m.

    IT IS SO ORDERED.

Dated: May 14, 2008

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE