```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-97-0100 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RESETTING |
| ) | THE BRIEFING SCHEDULE AND HEARING |
| v. ) | DATE ON THE DEFENDANT'S MOTION FOR |
| ) | REDUCTION OF SENTENCE PURSUANT TO |
| LONDALE DEWAYNE COBB et al., ) | 18 U.S.C. § 3582(c)(2) |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Londale Dewayne COBB, by and through his counsel, David Porter, Esq., stipulate and agree that the briefing schedule for defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) should be reset according to the following schedule:

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| Government's Opp.: | August 18, 2008 |
| Defendant's Reply: | August 27, 2008 |
| Hearing on Motion: | September 2, 2008, at 10:00 a.m. |

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: July 11, 2008          By:/s/Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

DATED: July 11, 2008          By:/s/Jason Hitt
                                 Authorized to sign for Mr. Porter
                                 on 07-10-08
                                 DAVID PORTER, Esq.
                                 Attorney for Londale COBB

## **O R D E R**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress and hearing date as follows:

|   |   |
|---|---|
| Government's Opp.: | August 18, 2008 |
| Defendant's Reply: | August 27, 2008 |
| Hearing on Motion: | September 2, 2008, at 10:00 a.m. |

**IT IS SO ORDERED.**

DATED: July 11, 20008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE