```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LONDALE DEWAYNE COBB
 6

 7
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 97-0100 FCD |
| Plaintiff, | ) | **ORDER TO MODIFY BRIEFING SCHEDULE** |
| v. | ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| LONDALE DEWAYNE COBB, | ) | Date: Tuesday, September 2, 2008 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. FRANK C. DAMRELL, JR. |

The UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant LONDALE DEWAYNE COBB, by and through his attorney, Assistant Federal Defender David M. Porter, hereby request the Court issue the order lodged herewith modifying the briefing schedule in conjunction with the filing of the motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), because the defense counsel will be out of the office during the

/ / /

/ / /

/ / /

/ / /

/ / /

1 currently set reply date.

2 Dated: August 14, 2008

3 Respectfully submitted,

4 McGREGOR W. SCOTT                          DANIEL J. BRODERICK
  United States Attorney                     Federal Defender

6   /s/ *Jason Hitt*                           /s/ *David M. Porter*
  JASON HITT                                 DAVID M. PORTER
7 Assistant United States Attorney           Assistant Federal Defender

8 Attorney for Plaintiff                     Attorney for Movant
  UNITED STATES OF AMERICA                   LONDALE DEWAYNE COBB

10                          O R D E R

11     For the reasons set forth above, and good cause appearing
12 therefor, the Court modifies the briefing schedule as follows:
13     Government Response:     Due September 29, 2008
14     Reply:                   Due October 6, 2008
15     Hearing:                 October 14, 2008 at 10:00 a.m.
16     IT IS SO ORDERED.
17 Dated: August 14, 2008

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

REQUEST TO EXTEND BRIEFING SCHEDULE
                                    -2-