DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LONDALE DEWAYNE COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-97-0100 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER MODIFYING** |
| ) | **BRIEFING/HEARING SCHEDULE** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| LONDALE DEWAYNE COBB, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, LONDALE DEWAYNE COBB, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Cobb's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:     Due on or before November 3, 2008

Hearing:               Monday, November 10, 2008 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

1 | Dated:  October 3, 2008

2 | Respectfully submitted,

3 | McGREGOR SCOTT                    DANIEL J. BRODERICK
United States Attorney            Federal Defender

  /s/ *Jason Hitt*                    /s/ *David M. Porter*
5 | JASON HITT                        DAVID M. PORTER
Assistant U.S. Attorney           Assistant Federal Defender

Attorney for Plaintiff            Attorney for Movant
7 | UNITED STATES OF AMERICA          LONDALE DEWAYNE COBB

9 | **O R D E R**

10 | Pursuant to the parties' stipulation, the Court modifies the briefing and hearing schedule in the above-entitled matter as follows:

12 | Reply:            Due on or before November 3, 2008

13 | Hearing:          November 10, 2008, at 10:00 a.m.

14 | IT IS SO ORDERED.

15 | Dated: October 3, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE