DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LONDALE DEWAYNE COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-97-0100 FCD |
| Plaintiff, | **1ST AMENDED STIPULATED REQUEST TO MODIFY BRIEFING/HEARING SCHEDULE; ORDER** |
| v. | |
| LONDALE DEWAYNE COBB, | **<u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u>** |
| Defendant. | |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, LONDALE DEWAYNE COBB, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Cobb's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:    Due on or before February 17, 2009

Hearing:              Monday, February 23, 2009, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

Dated:   December 5 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| /s/ *Jason Hitt* | /s/ *David M. Porter* |
| JASON HITT | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | LONDALE DEWAYNE COBB |

O R D E R

Pursuant to the parties' stipulation, the Court modifies the briefing and hearing schedule in the above-entitled matter as follows:

Reply:          Due on or before February 17, 2009

Hearing:        February 23, 2009, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  December 5, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE

-2-