DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LONDALE DEWAYNE COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LONDALE DEWAYNE COBB,<br><br>        Defendant. | No. CR. S-97-0100 FCD<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING/HEARING SCHEDULE ORDER**<br><br>**<u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u>** |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, LONDALE DEWAYNE COBB, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Cobb's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:    Due on or before March 16, 2009

Hearing:    Monday, March 23, 2009, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

Dated: February 17, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN<br>Acting United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>LONDALE DEWAYNE COBB |

## **O R D E R**

Pursuant to the parties' stipulation, the Court modifies the briefing and hearing schedule in the above-entitled matter as follows:

    Reply:                 Due on or before March 16, 2009

    Hearing:            March 23, 2009, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: February 17, 2009

                                                    FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE