```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LONDALE DEWAYNE COBB
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR. S-97-0100 FCD
                                 )
12          Plaintiff,           ) **STIPULATION AND ORDER TO MODIFY**
                                 ) **BRIEFING/HEARING SCHEDULE**
13      v.                       )
                                 ) **RETROACTIVE CRACK COCAINE**
14  LONDALE DEWAYNE COBB,        ) **REDUCTION CASE**
                                 )
15          Defendant.           )
                                 )
16  _____)
```

17    The parties, Plaintiff UNITED STATES OF AMERICA, by and through
18 its attorney, Assistant United States Attorney Jason Hitt, and
19 Defendant, LONDALE DEWAYNE COBB, by and through his attorney, Assistant
20 Federal Defender David M. Porter, stipulate and agree that the briefing
21 schedule and hearing date on Mr. Cobb's motion to reduce his sentence
22 pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:
23 Defendant's reply:     Due on or before May 11, 2009
24 Hearing:               Monday, May 18, 2009, at 10:00 a.m.
25 / / /
26 / / /
27 / / /
28 / / /

1  Dated: March 19, 2009

2  Respectfully submitted,

3  McGREGOR SCOTT                          DANIEL J. BRODERICK
   United States Attorney                  Federal Defender

4
     /s/ *Jason Hitt*                        /s/ *David M. Porter*
5  JASON HITT                              DAVID M. PORTER
   Assistant U.S. Attorney                 Assistant Federal Defender

6
   Attorney for Plaintiff                  Attorney for Movant
7  UNITED STATES OF AMERICA                LONDALE DEWAYNE COBB

8                              **O R D E R**

9       Pursuant to the parties' stipulation, the Court modifies the

10 briefing and hearing schedule in the above-entitled matter as follows:

11      Reply:              Due on or before May 11, 2009

12      Hearing:            May 18, 2009, at 10:00 a.m.

13 **IT IS SO ORDERED.**

14 Dated: March 20, 2009

15

16                                 FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE

-2-