1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LONDALE DEWAYNE COBB

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR. S-97-0100 FCD
                                    )
12         Plaintiff,                ) **STIPULATION AND ORDER TO MODIFY**
                                    ) **BRIEFING/HEARING SCHEDULE**
13   v.                              )
                                    ) **RETROACTIVE CRACK COCAINE**
14 LONDALE DEWAYNE COBB,            ) **REDUCTION CASE**
                                    )
15         Defendant.                )
                                    )
16 _____  )

17        The parties, Plaintiff UNITED STATES OF AMERICA, by and through

18 its attorney, Assistant United States Attorney Jason Hitt, and

19 Defendant, LONDALE DEWAYNE COBB, by and through his attorney, Assistant

20 Federal Defender David M. Porter, stipulate and agree that the briefing

21 schedule and hearing date on Mr. Cobb's motion to reduce his sentence

22 pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

23 Defendant's Reply:    Due on or before June 15, 2009

24 Hearing:              Monday, June 22, 2009, at 10:00 a.m.

25 / / /

26 / / /

27 / / /

28 / / /

| | |
|---|---|
| Dated: May 14, 2009 | |
| Respectfully submitted, | |
| McGREGOR SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>LONDALE DEWAYNE COBB |

## **O R D E R**

Pursuant to the parties' stipulation, the Court modifies the briefing and hearing schedule in the above-entitled matter as follows:

    Reply:                Due on or before June 15, 2009

    Hearing:           June 22, 2009, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE