```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LONDALE DEWAYNE COBB
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LONDALE DEWAYNE COBB,<br><br>　　　　Defendant.<br>_____ | No. CR. S-97-0100 FCD<br><br>***AMENDED* STIPULATED REQUEST TO MODIFY BRIEFING/HEARING SCHEDULE; ORDER**<br><br>**<u>RETROACTIVE CRACK COCAINE REDUCTION CASE</u>** |

　　　　The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, LONDALE DEWAYNE COBB, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that the briefing schedule and hearing date on Mr. Cobb's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

Defendant's reply:　　Due on or before July 20, 2009

Hearing:　　　　　　　Monday, July 27, 2009, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

1  Dated:  July 12, 2009

2  Respectfully submitted,

3  McGREGOR SCOTT                    DANIEL J. BRODERICK
   United States Attorney            Federal Defender

4    /s/ *Jason Hitt*                   /s/ *David M. Porter*
5  JASON HITT                        DAVID M. PORTER
   Assistant U.S. Attorney           Assistant Federal Defender

6
7  Attorney for Plaintiff            Attorney for Movant
   UNITED STATES OF AMERICA          LONDALE DEWAYNE COBB

8

9                              **O R D E R**

10     Pursuant to the parties' stipulation, the Court modifies the

11  briefing and hearing schedule in the above-entitled matter as follows:

12     Reply:              Due on or before July 20, 2009

13     Hearing:            July 27, 2009, at 10:00 a.m.

14  **IT IS SO ORDERED.**

15  Dated: June 12, 2009

16

17                              _____
                                FRANK C. DAMRELL, JR.
18                              UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE
                               -2-