```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LONDALE DEWAYNE COBB
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR. S-97-0100 FCD
                                   )
12              Plaintiff,         )  **AMENDED**
                                   )  **STIPULATED REQUEST TO MODIFY**
13       v.                        )  **BRIEFING/HEARING SCHEDULE; ORDER**
                                   )
14  LONDALE DEWAYNE COBB,          )  **RETROACTIVE CRACK COCAINE**
                                   )  **REDUCTION CASE**
15              Defendant.         )
                                   )
16  _____)
```

17          The parties, Plaintiff UNITED STATES OF AMERICA, by and through

18  its attorney, Assistant United States Attorney Jason Hitt, and

19  Defendant, LONDALE DEWAYNE COBB, by and through his attorney, Assistant

20  Federal Defender David M. Porter, stipulate and agree that the briefing

21  schedule and hearing date on Mr. Cobb's motion to reduce his sentence

22  pursuant to 18 U.S.C. § 3582(c)(2), be modified as follows:

23  Defendant's reply:     Due on or before October 26, 2009

24  Hearing:               Monday, November 2, 2009, at 10:00 a.m.

25  / / /

26  / / /

27  / / /

28  / / /

1  Dated:  September 21, 2009

2  Respectfully submitted,

3  McGREGOR SCOTT                        DANIEL J. BRODERICK
   United States Attorney                Federal Defender

4
   /s/ *Jason Hitt*                    /s/ *David M. Porter*
5  JASON HITT                            DAVID M. PORTER
   Assistant U.S. Attorney               Assistant Federal Defender

6
   Attorney for Plaintiff                Attorney for Movant
7  UNITED STATES OF AMERICA              LONDALE DEWAYNE COBB

8

9                          **O R D E R**

10     Pursuant to the parties' stipulation, the Court modifies the

11 briefing and hearing schedule in the above-entitled matter as follows:

12     Reply:              Due on or before October 26, 2009

13     Hearing:            November 2, 2009, at 10:00 a.m.

14 **IT IS SO ORDERED.**

15 Dated:  September 21, 2009

16

17                                   _____
                                     FRANK C. DAMRELL, JR.
18                                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO MODIFY
BRIEFING/HEARING SCHEDULE
                                  -2-