```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LONDALE DEWAYNE COBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-97-0100 FCD |
| Plaintiff, | **NOTICE REGARDING STATUS OF *UNITED STATES v. WESSON*; ORDER** |
| v. | |
| LONDALE DEWAYNE COBB, | |
| Defendant. | |

Pursuant to this Court's direction at the November 30, 2009, hearing in the above-entitled matter, defendant LONDALE DEWAYNE COBB, by and through his attorney, Assistant Federal Defender David M. Porter, files this notice regarding the status of *United States v. Wesson*, 9th Cir. No. 08-30177.

According to the Ninth Circuit's electronic docket in the *Wesson* case, a petition for panel and en banc rehearing was filed by the defendant on November 30, 2009.  See https://ecf.ca9.uscourts.gov/cmecf/servlet/TransportRoom?servlet=CaseSummary.jsp&caseNum=08-30177&incOrigDkt=Y&incDktEntries=Y.

///

///

1   This Court should defer ruling in Mr. Cobb's case until the
2 *Wesson* decision becomes final.  Obviously, there is no need to rush to
3 judgment in this case.  The pro se motion was filed on December 21,
4 2007, and the hearing was continued numerous times on the stipulation
5 of the parties until November 30, 2009.  Mr. Cobb is incarcerated in a
6 federal prison and the government would suffer absolutely no prejudice
7 if the Court defers ruling.  Mr. Cobb would suffer obvious prejudice,
8 however, in the event that this Court rules precipitously and the Ninth
9 Circuit later grants the petition for rehearing in *Wesson*.[1]
10 Accordingly, Mr. Cobb requests the Court enter the order lodged
11 herewith.
12 Dated:   December 1, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

  /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Movant
LONDALE DEWAYNE COBB

---

[1] In a similar situation, the government urged the court to defer ruling on a defendant's motion to reduce his sentence in *United States v. Gary Dewayne McWhorter*, Cr. S 04-372 JAM, pending the outcome of *United States v. Fox*, 9th Cir. No. 08-30445, in which the Ninth Circuit, sitting en banc, will hear oral argument on December 14, 2009. In *McWhorter*, the Court essentially deferred ruling for at least six months, continuing the hearing on the motion to April 20, 2010.

**NOTICE REGARDING STATUS OF**
***UNITED STATES v. WESSON;***
**ORDER**

-2-

**ORDER**

The above-entitled matter came on for hearing on November 30, 2009, on Mr. Cobb's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). It appears to the Court that the Ninth Circuit's decision in *United States v. Wesson*, 583 F.3d 728 (2009), governs the outcome, but because a petition for rehearing was filed in *Wesson*, the Court will defer ruling until *Wesson* becomes final.

Accordingly, this case is ordered **STAYED** pending the final resolution of *United States v. Wesson*, 9th Cir. No. 08-30177. Defendant shall file a notice within 7 days after the *Wesson* decision becomes final.

Dated: December 8, 2009

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

**NOTICE REGARDING STATUS OF**
***UNITED STATES v. WESSON*;**
**ORDER**

-3-