DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LONDALE DEWAYNE COBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-97-0100 FCD |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE STATUS; ORDER** |
| v. | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| LONDALE DEWAYNE COBB, | |
| Defendant. | |

The parties, Plaintiff UNITED STATES OF AMERICA, by and through its attorney, Assistant United States Attorney Jason Hitt, and Defendant, LONDALE DEWAYNE COBB, by and through his attorney, Assistant Federal Defender David M. Porter, stipulate and agree that status conference regarding Mr. Cobb's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), be continued from January 25, 2010, to April 12, 2010, at 10:00 a.m.  Accordingly, the parties request the Court

/ / /

/ / /

/ / /

/ / /

/ / /

enter the proposed order lodged herewith.

Dated:  January 22, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Jason Hitt* | /s/ *David M. Porter* |
| JASON HITT | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |

| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | LONDALE DEWAYNE COBB |

## O R D E R

Pursuant to the parties' stipulation, the status conference regarding Mr. Cobb's motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) is CONTINUED from January 25, 2010, to April 12, 2010, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  January 22, 2010

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO CONTINUE
STATUS CONFERENCE